UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. PATKINS,<br><br>    Petitioner,<br><br>    v.<br><br>W. KNIPP, Warden<br><br>    Respondent. | No. 2:15-cv-1623 DAD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Petitioner has failed to file his request to proceed in forma pauperis on the form used for this district. Moreover, while he has filed a copy of a prison trust account statement, that statement is neither certified nor lists transactions that occurred in 2015. Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis (including a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint) or else submit the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  August 10, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
patk1623.101a